HERMAN RIPSTOSS, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Argued April 8, 1941; decided May 22, 1941.

*Clyde Brown, Jr., C. Austin White* and *Clive C. Handy* for appellant.

*Herbert Zelenko* and *Jacob Zelenko* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.